UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
:
HEIDY MORALES, individually and as parent :
and guardian of J.F., and on behalf of all others :
similarly situated, :
                                                   :
                                                   :
            Plaintiff,                             :   No. 7:18-cv-07401-NSR
                                                   :
     v.                                            :
                                                   :
KIMBERLY-CLARK CORPORATION,                        :
                                                   :
            Defendant.                             :
----------------------------------------------------------x

### NOTICE OF DEFENDANT KIMBERLY-CLARK CORPORATION'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Kimberly-Clark Corporation's ("Defendant") Motion to Dismiss Plaintiff's First Amended Class Action Complaint, the Declaration of Timothy W. Loose and Exhibits thereto, and any other submissions as shall be made in support of this Motion to Dismiss, and pursuant to this Court's December 17, 2018 Scheduling Order, Defendant, by and through undersigned counsel, will move this Court before the Honorable Nelson S. Román, at the United States Courthouse located at 300 Quarropas Street, White Plains, New York, 10601, at a date and time to be determined, for an order dismissing Plaintiff Heidy Morales's First Amended Class Action Complaint with prejudice pursuant to Rules 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that answering papers, if any and pursuant to the Court's December 17, 2018 Scheduling Order, are to be served on counsel for Defendant by

February 22, 2019 and reply papers, if any, are to be served on counsel for Plaintiff by March 11, 2019.  Parties are directed to file all motion papers on March 11, 2019.

Dated:  Los Angeles, California                                  Respectfully submitted,

       January 22, 2019

                                                         GIBSON, DUNN & CRUTCHER LLP

                                 By:    */s/ Timothy W. Loose*
                                                  Timothy W. Loose

                                                  Timothy W. Loose (*pro hac vice*)
                                                  333 South Grand Avenue
                                                  Los Angeles, CA  90071-3197
                                                  Telephone:  213.229.7000
                                                  Facsimile:  213.229.7520
                                                  E-mail: TLoose@gibsondunn.com

                                                  LISSA M. PERCOPO (*pro hac vice*)
                                                  1050 Connecticut Avenue, N.W.
                                                  Washington, D.C. 20036-5306
                                                  Telephone:  202.955.8500
                                                  Facsimile:  202.467.0539
                                                  E-mail: LPercopo@gibsondunn.com

                                                  Attorneys for Kimberly-Clark Corporation