UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEIDI MORALES, *individually and as parent and guardian of J.F., and on behalf of all others similarly situated,*

                Plaintiff,

  v.

KIMBERLY-CLARK CORPORATION,

                Defendant.

Case No.: 18-cv-07401-NSR

---

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the claims of Plaintiff Heidi Morales, individually and as parent and guardian of J.F. are voluntarily dismissed with prejudice, with each party to bear its respective fees and costs incurred.

For the avoidance of doubt, the class claims alleged in this lawsuit have not been adjudicated and are dismissed hereby without prejudice.

                                                              Respectfully Submitted,

| | |
|---|---|
| Timothy W. Loose (*pro hac vice*) | C.K. Lee |
| GIBSON, DUNN & CRUTCHER LLP | LEE LITIGATION GROUP, PLLC |
| 333 South Grand Avenue | 148 West 24th Street, 8th Floor |
| Los Angeles, CA 90071-3197601 | New York, NY 10011 |
| *Attorney for Defendants* | *Attorney for Plaintiffs* |

Dated: August 10, 2020